# United States Court of Appeals for the Fifth Circuit

_____

No. 23-50502
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 10, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Debra Lea Jackson-Jennings,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:23-CR-33-2

_____

Before Willett, Duncan, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Debra Lea Jackson-Jennings has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Jackson-Jennings has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50502

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.